PS-8
8/88

## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dennis Ray Taylor                                Docket No. 7:23-CR-59-2D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Dennis Ray Taylor, who was placed under pretrial release supervision by the Honorable James C. Dever III, U.S. District Judge, sitting in the Court at Raleigh, on the 8th day of September, 2025. On September 11, 2025, the court approved a new Third-Party Custodian.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In the Order Setting Conditions of Release entered on September 8, 2025, the court ordered that the defendant submit to electronic GPS monitoring. In accordance with national policy, the United States Probation Office recommends that the defendant be placed on Stand-Alone Monitoring with GPS technology and that his travel be restricted to the Eastern District of North Carolina, or to any other location as approved by the United States Probation Office. Due to the defendant's current hospitalization, it is further requested that installation of the location monitoring equipment be permitted within 48 hours of his release from any medical facility.

**PRAYING THAT THE COURT WILL ORDER** that the defendant be subject to Stand-Alone Monitoring with GPS, with his travel restricted to the Eastern District of North Carolina unless otherwise approved by the United States Probation Office. The location monitoring equipment shall be installed within 48 hours of the defendant's release from any medical facility.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing
                                              is true and correct.

/s/ Keith W. Lawrence                         /s/ Corey Rich
Keith W. Lawrence                             Corey Rich
Supervising U.S. Probation Officer            U.S. Probation Officer
                                              150 Rowan Street Suite 110
                                              Fayetteville, NC 28301
                                              Phone: 910-354-2540
                                              Executed On: September 12, 2025

### ORDER OF THE COURT

Considered and ordered the __17__ day of __September__, 2025, and ordered filed and made part of the records in the above case.

_____
James C. Dever III
U.S. District Judge